IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HARRIS FONTZ PROSPER,
ALIEN # 091-443-695,

    Petitioner,

v.                                            CASE NO. 4:09-cv-00037-MP-WCS

ERIC H. HOLDER, JR.,
ATTORNEY GENERAL OF THE
UNITED STATES, et al.,

    Respondents.

_____/

**O R D E R**

       This matter is before the Court on Doc. 19, Report and Recommendation of the Magistrate Judge, which recommends that Petitioner's § 2241 petition for writ of habeas corpus (Doc. 1) be dismissed as moot. As directed by the Magistrate, the Clerk mailed copies of the report to Petitioner at both the Wakulla County Jail in Crawfordville, Florida, which is Petitioner's address of record, and at the Miami address for Petitioner, which was provided by Respondent. The order mailed to Petitioner at the Wakulla County Jail was returned as undeliverable, while the order mailed to Petitioner at the Miami address was not. Petitioner has not filed an objection to the report, and the time to do so has now passed. Because Petitioner has

*Page 2 of 2*

been released from jail and thereby afforded the relief sought in this § 2241 petition, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge (Doc. 19) is ADOPTED and incorporated herein.  Petitioner's § 2241 petition for writ of habeas corpus (Doc. 1) is DISMISSED as moot.

**DONE AND ORDERED** this   *16th* day of June, 2009

　　　　　　　　　　　*s/Maurice M. Paul*
　　　　　　　Maurice M. Paul, Senior District Judge

*Case No: 4:09-cv-00037-MP-WCS*